UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALFRED MCZEAL, JR., | Case No. 2:24-cv-04714-RGK-PD |
|---|---|
| Plaintiff, | **ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| HSBC BANK USA, NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Complaint, the special motion to strike Plaintiff's Amended Complaint under California Code of Civil Procedure § 425.16 filed by Defendants Melissa Robbins Coutts and McCarthy & Holthus, LLP (the "McCarthy Defendants"), the records on file, the Report and Recommendation of United States Magistrate Judge ("Report"), Plaintiff's Objections, Opposition, and Declaration to the Report, and Plaintiff's request for judicial notice. [Dkt. Nos. 13, 31, 39, 42, 47, 49, 51-52.]

The Court has conducted a *de novo* review of the portions of the Report to which Objections were directed. The Court accepts the findings and

recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that the McCarthy Defendants' motion to strike Plaintiff's Amended Complaint is granted and the McCarthy Defendants are dismissed from this action with prejudice.

DATED: January 28, 2025

*Gary Klausner*

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2