JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED MCZEAL, JR., | Case No. 2:24-cv-04714-RGK-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HSBC BANK USA, NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

JUDGMENT is entered in favor of Defendants HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities, Inc., Mortgage Pass Through Certificates, Series 2007-1 (additionally and erroneously sued as HSBC Bank USA, NA), McCalla Raymer Liebert Pierce, LLP, Affinia Default Services, LLC, Hector Solorzano, and Omar Solorzano and against Plaintiff Alfred McZeal, Jr., who shall take nothing by way of this action,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: November 19, 2025

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE