**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED MCZEAL, JR.,<br>Plaintiff,<br>v.<br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br>Defendants. | Case No. 2:24-cv-04714-RGK-PD<br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to set aside void judgment entered on 11/19/2025 in violation of the automatic stay filed by Plaintiff Alfred McZeal, Jr., the opposition filed by Defendants HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities, Inc., Mortgage Pass Through Certificates, Series 2007-1 (additionally and erroneously sued as HSBC Bank USA, NA), the joinder in opposition filed by Defendants McCalla Raymer Liebert Pierce, LLP, Affinia Default Services, LLC, Hector Solorzano, and Omar Solorzano, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has expired and no objections have been made.

The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Set Aside Void Judgment Entered on 11/19/2025 in Violation of the Automatic Stay is DENIED.

DATED: 8/18/2026

Gary Klausner

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE